IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RICKY WATKINS,**

     **Plaintiff,**

     v.                                     Civ. No. 23-168 JFR/GJF

**FEDERAL INSURANCE COMPANY,**

     **Defendant.**

## FINAL JUDGMENT AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Memorandum Opinion and Order (Doc. 13) on *Defendant Federal Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction* (Doc. 3), the Court enters this judgment dismissing this action without prejudice.

    **IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
United States Magistrate Judge,
Presiding by Consent